### LAWSON ENVIRONMENTAL SERVICES, LLC, Plaintiff-Appellant

v.

### UNITED STATES, Defendant-Appellee

### 2016-2146

United States Court of Appeals, Federal Circuit.

March 10, 2017

THEODORE PATRICK WATSON, Watson & Associates, LLC, Aurora, CO, argued for plaintiff-appellant. Also represented by WOJCIECH KORNACKI.

MICHAEL D. SNYDER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DOUGLAS K. MICKLE; CHRISTOPHER McCLINTOCK, United States Small Business Administration, Washington, DC.

(Lourie, Reyna, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**